## WHITTEMORE v. CRAWFORD.*

(Court of Appeals of District of Columbia. Submitted October 14, 1919. Decided December 1, 1919.)

### No. 3254.

Appeal from the Supreme Court of the District of Columbia.

Action by Maud B. Crawford against Sarah A. Whittemore. Judgment for plaintiff, and defendant appeals. Affirmed.

J. Wm. Shea and L. A. Bailey, both of Washington, D. C., for appellant.

Thos. M. Baker, of Washington, D. C., for appellee.

ROBB, Associate Justice. This is an appeal from a judgment in the Supreme Court of the District for the plaintiff, appellee here, under law rule 19 of that court, in a landlord and tenant proceeding instituted in the municipal court.

Since appellant relies solely upon the Saulsbury Resolution (40 Stat. 593), this case is ruled by our decision in Willson v. McDonnell, 49 App. D. C. 280, 265 Fed. 432. The judgment is therefore affirmed, with costs.

Affirmed.

*Writ of error dismissed 254 U. S. ——, 41 Sup. Ct. 5, 65 L. Ed. ——.